UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIQUAN S. GRAYSON, aka ZIQUAN S. GRAYSON,<br><br>              Plaintiff,<br><br>       v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>              Defendants. | No.  2:23-cv-2887 AC P<br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  On May 20, 2024, the court ordered plaintiff to submit a completed in forma pauperis application and a certified copy in support of the application.  Plaintiff submitted another copy of his original request to proceed in forma pauperis without providing a certified copy of his inmate trust account from the Sacramento County Mail Jail.  The court will provide plaintiff one last opportunity to do so.

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 5, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE