UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIQUAN S. GRAYSON,<br><br>    Plaintiff,<br><br> v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>    Defendants. | No. 2:23-cv-02887-TLN-AC<br><br>**ORDER** |

  Plaintiff Ziquan S. Grayson ("Plaintiff"), a county inmate proceeding without counsel, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On March 31, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 15.)  Plaintiff has not filed objections to the findings and recommendations.

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations (ECF No. 15) are ADOPTED IN FULL; and

  2. The complaint is DISMISSED for raising duplicative claims to those brought in

*Grayson v. Sacramento County Main Jail*, No. 2:23-cv-2859 KJM DMC (E.D. Cal.) and for failure to state a claim as set forth in the December 17, 2025 Screening Order (ECF No. 12). *See* E.D. Cal. L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A; and

    3.  The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Date: May 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE